```
1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2
   UNITED STATES OF AMERICA,            ) Case No.: 08-MJ-1220
3                                       )
                                        )
4                                       ) NOTICE OF APPEARANCE
       vs.                              )
5                                       )
   ILYA BORUCH,                         )
6                                       )
               Defendant.               )
7                                       )
```

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant, ILYA BORUCH.  I certify that I am admitted to practice in this Court.

Dated:      New York, New York
            June 24, 2008

                           /s/ Michael P. Kushner
                           MICHAEL PETER KUSHNER (MK 6117)

                           mkushner@blanch-law.com
                           350 Fifth Avenue, 68th Floor
                           New York, New York 10118
                           212.736.9721 (t)
                           212.378.4325 (f)
                           917.599.6117 (m)