```
1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2
   UNITED STATES OF AMERICA,           ) Case No.: 08-MJ-1220
3                                      )
                                       )
4                                      ) **NOTICE OF APPEARANCE**
        vs.                            )
5                                      )
   ILYA BORUCH,                        )
6                                      )
              Defendant.               )
7  _____)

8
   To the Clerk of this Court and all parties of record:
9

10
   Please enter my appearance as counsel in this case for defendant, ILYA
11
   BORUCH.  I certify that I am admitted to practice in this Court.
12

13

14
   Dated:     New York, New York
15              July 14, 2008

16

17                          /s/ Ryan G. Blanch
                            Ryan Gordon Blanch (RB 5112)
18

19                          rblanch@blanch-law.com
                            350 Fifth Avenue, 68th Floor
20                          New York, New York 10118
                            212.736.9721 (t)
                            212.378.4325 (f)
21                          212.736.9777 (m)

22

23

24

25


   NOTICE OF APPEARANCE                                           Page - 1
```